UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAKE STILPHEN,<br>    Plaintiff<br><br>v.<br><br>MICHAEL F. DEVINE (individually and in his official position as principal of Hull High School) and<br>TOWN OF HULL,<br>    Defendants | C.A. NO. 11-10788 |

## STIPULATION OF DISMISSAL

Now come the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and hereby stipulate to the dismissal of all claims against all defendants with prejudice and without costs, and waiving all rights of appeal.

Respectfully submitted,
The Plaintiff,
JAKE STILPHEN,
By his attorneys,

/s/ John R. Bita III
John R. Bita III, BBO #667886
Milligan Coughlin LLC
7 Liberty Square, 2nd Floor
Boston, MA 02109
(617) 500-3694
jrb@milligancoughlin.com

The Defendants,
MICHAEL F. DEVINE and
TOWN OF HULL,
By their attorneys,

/s/ John J. Cloherty III
John J. Cloherty III, BBO #566522
**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114
(617) 350-0950
jcloherty@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of November, 2011.

                                              /s/ John J. Cloherty III
                                              John J. Cloherty III